**ST. LOUIS COUNTY, Missouri,
et al., Appellants,**

v.

**Edwin FRANK, et al., Respondents.**

No. 78107.

Supreme Court of Missouri,
En Banc.

Jan. 23, 1996.

John A. Ross, County Counselor, Don R. Williams, Asst. County Counselor, St. Louis County, St. Louis, for appellants.

John G. Young, Jr., Charles F. Dufor, Cynthia N. Bitting, St. Louis, for respondents.

*ORDER*

PER CURIAM.

The ruling of the trial court to prorate the real estate taxes assessed by a county between the landowner and the condemnor-county as of the date of the taking is affirmed. Discerning no jurisdictional value to publishing an opinion, this Court issues this summary order. *Rule 84.16(b).*